**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JIMMIE E. LOFTEN,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:05-1193 |
| v. | : | (JUDGE MANNION) |
| **FRANCINE DIOLOSA, et al.,** | : | |
| Defendants | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the motion for summary judgment filed on behalf of defendants Jean A. Innamorati, **(Doc. 137)**, is **DISMISSED**;

**(2)** the motion for summary judgment filed on behalf of defendants Joe Diolosa, The Mortgage Office Corp., and The Mortgage Office Corp. d/b/a Lenders Financial, **(Doc. 144)**, is **DENIED**;

**(3)** a pre-trial conference is scheduled in the above-captioned matter on May 2, 2014 at 1:30 P.M.; and

**(4)** a jury trial in the above-captioned matter is scheduled on June 2, 2014 at 9:30 A.M.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: March 13, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2005 MEMORANDA\05-1193-01.ORDER.wpd