# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIMMIE E. LOFTEN,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:05-1193** |
| **v.** | : | **(JUDGE MANNION)** |
| **FRANCINE DIOLOSA, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiff's "Motion *in limine* as to the Plaintiff's Criminal Record," **(Doc. 186)**, is **DENIED** as to the plaintiff's conviction for tax evasion and **GRANTED** in all other respects;

**(2)** the plaintiff's "Motion *in limine* as to the Automobile Purchaser/Lessee's Statement," **(Doc. 188)**, is **DENIED**;

**(3)** the "Motion *in limine* of Defendants, Jean A. Innamorati and Robert Innamorati to Preclude the Appraisal Reports and Testimony of Fred Gilbert and Michelle Williams of Williams Appraisal Services at Trial," **(Doc. 190)**, is **GRANTED**;

**(4)** the "Motion *in limine* of Defendants Jean A. Innamorati and Robert Innamorati to Preclude the Introduction and Use of the Appraisal Reports of Fred Gilbert and Williams Appraisal Services at Trial," **(Doc. 195)**, is **DISMISSED AS MOOT**; and

**(5)** the "Motion *in limine* of Defendants Jean A. Innamorati and Robert Innamorati to Preclude the Introduction and Use of All Documents and Testimony Regarding the Appraisal of a Property Purchased by Mary Shirley Golphin," **(Doc. 200)**, is **DENIED**.

                                    s/ *Malachy E. Mannion*
                                    **MALACHY E. MANNION**
                                    **United States District Judge**

**Date:  May 29, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2005 MEMORANDA\05-1193-03-ORDER.wpd