# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIMMIE E. LOFTEN,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:05-1193 |
| v. | : | (JUDGE MANNION) |
| **FRANCINE DIOLOSA, et al.,** | : | |
| Defendants | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:** the motion for leave to withdraw appearance, **(Doc. 258)**, is **GRANTED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 2, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2005 MEMORANDA\05-1193-04-ORDER.wpd